*Law Offices*
# DAVID SEGAL

MEMBER LOUISIANA BAR

*7 Dey Street, Suite 1401*
*New York, New York 10007*
(212) 406-9200

November 11, 2013

Honorable Joseph F. Bianco

United States District Judge

Eastern District Of New York

100 Federal Plaza

Central Islip, New York 11722

Re: Bain v. County of Suffolk, et al

    11- Civ- 00684-JFB-AKT

Dear Judge Bianco:

I represent the plaintiff in the above entitled action which is scheduled for trial on December 2, 2013. A telephone conference is scheduled for November 14, 2013 at 12:30pm.

Prior to the telephone conference I am notifying your Honor that I will respectfully request an adjournment of the trial to a date in January 2014 or any date convenient to the Court because I am actually engaged on trial before Justice Ralph Fabrizio and a jury in the Supreme Court Of the State Of New York, County Of Bronx, Part 96, in the case of People v. Devin Alexander, et al, a three (3) defendant murder trial, which is expected to end the second week in December 2013. This trial commenced on September 17, 2013.

I have not been able to contact Assistant County Attorney Brian C. Mitchell as to the above request.

Thank you.

Very truly yours,

David Segal

Original Filed BY ECF

Cc:brian.mitchell@suffolkcountyny.gov